# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Boxed, Inc., *et al.*,[1]<br><br>　　　　　　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 23-10397 (BLS) |
| Boxed Liquidation Trust,<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>USI Consulting Group, Inc.,<br><br>　　　　　　　　　　　　　Defendant. | Adv. No. 25-50483 |

## NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 7041 and Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses this action in its entirety with prejudice. An answer has not been filed.

Dated: May 15, 2025　　　　　　　　　　FOX ROTHSCHILD LLP

　　　　　　　　　　　　　　　　　　　*/s/ Howard A. Cohen*
　　　　　　　　　　　　　　　　　　　Howard A. Cohen, Esq., DE SBN 4082
　　　　　　　　　　　　　　　　　　　Stephanie Slater Ward, Esq., DE SBN 6922
　　　　　　　　　　　　　　　　　　　1201 N. Market St., Suite 1200
　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　Telephone: (302) 654-7444
　　　　　　　　　　　　　　　　　　　Email: hcohen@foxrothschild.com
　　　　　　　　　　　　　　　　　　　　　　　sward@foxrothschild.com

　　　　　　　　　　　　　　　　　　　*-and-*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Boxed, Inc. (6188); Boxed, LLC (8041); Jubilant LLC (2107); Ashbrook Commerce Solutions LLC (4046); and BOXED MAX LLC (5987). The Debtors' service address is 61 Broadway, Floor 30, New York, NY 10006.

**ASK LLP**
Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
Telephone: (651) 289-3845
Email: jsteinfeld@askllp.com

*-and-*

Edward E. Neiger, Esq.
60 East 42nd Street, 46th Floor
New York, NY  10165
Telephone: (212) 267-7342
Email: eneiger@askllp.com

*Counsel for Plaintiff*